SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---------------------------------------x

VERA GORFINKEL,

           Plaintiff,

-against-

RALF VAYNTRUB, INVAR CONSULTING LTD.,
GENOMETRICA LTD., AND GENOMETRICA RESEARCH,
INC.,

           Defendants.

---------------------------------------x

Index No. 11-34172

**SUMMONS WITH NOTICE**

Plaintiff designates Suffolk County as the place of trial

The basis of the venue is Plaintiff's residence

**FILED**

NOV 0 4 2011

Judith A. Pascale
CLERK OF SUFFOLK COUNTY

TO THE ABOVE NAMED DEFENDANTS:

    YOU ARE HEREBY SUMMONED and required to serve upon the plaintiff's attorney, at the address stated below, a notice of appearance or demand for a complaint. If this summons was personally delivered upon you in the State of New York, the notice of appearance or demand for a complaint must be served within twenty days after such service of the summons, excluding the date of service. If the summons was not personally delivered to you within the State of New York, the notice of appearance or demand for a complaint must be served within thirty days after service of the summons is complete as provided by law.

    The nature of this action against defendants is for a money judgment against defendants based on: (a) breach of contract; (b) quantum meruit; (c) unjust enrichment; (d) breach of fiduciary duty; and (e) defamation. The monetary relief sought is to be determined at trial.

    If you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment may be entered against you, by

default for the relief demanded above with interest from the due dates herein, and the costs and disbursements of this action.

The action will be heard in the Supreme Court of the State of New York, in and for Suffolk County.

Dated: Mineola, New York
November 3, 2011

MELTZER, LIPPE, GOLDSTEIN
& BREITSTONE, LLP

By: _____
Jessica Mastrogiovanni, Esq.
*Attorneys for Plaintiff*
190 Willis Avenue
Mineola, New York 11501
(516) 747-0300

TO: GENOMETRICA RESEARCH, INC.
Defendant
100 Laser Court
Hauppauge, NY 11788

RALF VAYNTRUB
Defendant
Pokrovsky Bulevard, 4/17 Building 6 apartment 82,
Moscow 101000, Russia

-and-

c/o INVAR CONSULTING LTD
Via Cantu 8
CP5991
CH-6901
Lugano, Switzerland

(continued on next page)

INVAR CONSULTING LTD.
Defendant
Egertastr. 17 FL 9490 Vaduz
Principality of Liechtenstein
Corner Banca SA, Lugano

-and-

Via Cantu 8
CP5991
CH-6901
Lugano, Switzerland


GENOMETRICA LTD.
Defendant
Via Cantu 8
CP5991
CH-6901
Lugano, Switzerland


GENOMETRICA RESEARCH INC.
874 Walker Road, Suite C
Dover, DE 19904

Richard G. Klein, Esq.
HOFHEIMER GARTLIR & GROSS LLP
530 Fifth Avenue
New York, NY 10036

## CERTIFICATION BY ATTORNEY

STATE OF NEW YORK, COUNTY OF      s.s.:

The undersigned, an attorney admitted to practice in the courts of New York State, certifies that the within
has been compared by the undersigned with the original and found to be a true and complete copy.

Dated:

_____
The name signed must be printed beneath

## VERIFICATION, CORPORATE OR INDIVIDUAL

STATE OF NEW YORK, COUNTY OF      s.s.:

, being duly sworn, deposes:

Deponent is     the     of     ,
a corporation,     in the within action;
Deponent has read the foregoing     and knows the contents
Thereof; the same is true to deponent's own knowledge, except as to the matters therein alleged upon information and belief; and those matters deponent believes to be true.
The grounds of deponent's belief as to all matters not stated upon deponent's own knowledge are as follows:

Sworn to before me,
this    day of      200

_____
The name signed must be printed beneath

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF NEW YORK,     s.s.:
COUNTY OF

being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at

That on the    day of      200
at No.
deponent served the within
upon

the              herein,

by delivering a true copy thereof to    h    personally.

Deponent knew the person so served to be the person mentioned and described in said papers as the

therein.

Sworn to before me,
this    day of      200

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK,     s.s.:
COUNTY OF

being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at

That on the    day of      200
deponent served the within

upon

attorney(s) for

in this action, at

the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in - a post office - official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
The name signed must be printed beneath

Sworn to before me,
this    day of      200

*Index No.*
11-34172
*Year* 200

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

VERA GORFINKEL,

Plaintiff,

-against-

RALF VAYNTRAUB, INVAR CONSULTING LTD., GENOMETRICA LTD., AND GENOMETRICA RESEARCH INC.,

Defendants.

## SUMMONS WITH NOTICE

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
*Attorney(s) for*

*Office and Post Office Address*
190 WILLIS AVENUE
MINEOLA, N.Y. 11501
(516) 747-0300

To

*Attorney(s) for*

*Service of a copy of the within* is hereby admitted
200

*Dated,*

*Attorney(s) for*

---

## NOTICE OF ENTRY

Sir: – Please take notice that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on 200

*Dated:*

Yours, etc.

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
*Attorney(s) for*

*Office and Post Office Address*
190 WILLIS AVENUE
MINEOLA, N.Y. 11501

## NOTICE OF SETTLEMENT

Sir: – Please take notice that an order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named court, at on the day of M.
at 200
*Dated,*

Yours, etc.

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
*Attorney(s) for*

*Office and Post Office Address*
190 WILLIS AVENUE
MINEOLA, N.Y. 11501

To

*Attorney(s) for*

---

## ATTORNEY'S AFFI[RMATION]

STATE OF NEW YORK
COUNTY OF

The undersigned, an attorney adm[itted to] practice in the courts of New York affirms as true under all the penal[ties] affiant is

the attorney(s) of record for

in the within action; that affiant h[as read]

and knows the contents thereof; th[e] affiant's own knowledge, except as stated to be alleged on information those matters affiant believes to be says that the reason this affirmation and not by

The grounds of affiant's belief as to not stated upon affiant's knowledge

## COMPLIANCE PURSUANT TO 2[2 NYCRR]

To the best of the undersigned's kn[owledge] and belief formed after an inquiry circumstances, the within document contained herein are not frivolous 22 NYCRR §130-1.1a

*Dated*