DATE: 6/18/2013                        AT: 4:54 p.m.
                                                        Time: 15 min.

BEFORE JUDGE JOSEPH F. BIANCO:

CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

DOCKET NUMBER: CV 13-3093

TITLE: Gorfinkel v. Varyntrub

APPEARANCES:

FOR PLAINTIFF: Robert Greenberg

FOR DEFENDANT: Panagagiota Tufariello, Robert Kenney, and Nicholas Malito

FTR: 4:38-4:51

__X__ CASE CALLED.

__X__ COUNSEL FOR ALL SIDES PRESENT.

_____ COUNSEL FOR _____ NOT PRESENT.

__X__ CONFERENCE HELD.

_____ DISCOVERY TO BE COMPLETED BY_____

_____ PARTIES TO COMPLETE_____
BY THE NEXT CONFERENCE OR BY_____

_____ NEXT STATUS PHONE CONFERENCE SET FOR_____

_____ CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
FOR_____

_____ MOTION TO BE FILED BY __//2013_;
RESPONSE BY __//2013_;
REPLY BY __//2013_.

_____ ORAL ARGUMENT SET FOR __//2013 at_____

_____ JURY SELECTION SET FOR_____

_____ TRIAL SET FOR_____

_____ OTHER_____