# HOFHEIMER GARTLIR & GROSS, LLP

530 Fifth Avenue, New York, NY 10036
Tel (212) 818-9000  Fax (212) 869-4930
Web  www.hgg.com

Writer's Email
rkenney@hgg.com

Direct lines
212-897-6919 (voice)
212-897-6933 (fax)

Bernard Gartlir*
Jules E. Levy
Gerald H. Morganstern
Scott R. Kipnis***
Sharon M. Zimmer
David L. Birch°
Louis D. Sherman
Douglas Gross
Richard G. Klein
Robert D. Howard***
Edwin A. Novak
Peter I. Reiter
Craig Weiner
Robert Kenney°°

Rachel N. Greenberger**
Suzanne M. Wismer
Gary N. Smith***
Nicholas B. Malito°°°
Ofer Reger
Zachary B. Grendi°°°
Cynthia G. Couch^

* Admitted NY and FL
** Admitted NY and NJ
*** Admitted NY, NJ and PA
° Admitted NY and PA
°° Admitted NY, CT and PA
°°° Admitted NY, NJ and CT
^ Admitted NY and VA

1 Huntington Quadrangle
Melville, NY 11747
Tel (212) 818-9000

P.O. Box 382
105 Eisenhower Pkwy.
Roseland, NJ 07068-1640
Tel (973) 226-4788

Arthur M. Michaelson
Jerod A. Rosenthal

COUNSEL

Norman Gross

RETIRED PARTNER

August 1, 2013

**VIA EMAIL AND REGULAR MAIL**
Arthur Morrison
Attorney at Law
11 Skyline Drive
Hawthorne, New York 10532

Re:   *Gorfinkel v. Vayntrub, et al.,*
      Case No. 13-cv-3093 (PKC)(AKT)

Dear Arthur:

As you know, we represent Defendants Genometrica Research Inc., Invar Consulting Ltd., and Genometrica Ltd. (the "Served Defendants") in the above referenced action (the "Gorfinkel Action"). Ralf Vayntrub, a named Defendant, has not been served or otherwise joined to the Gorfinkel Action.

In accordance with paragraph 3.D. of the Honorable Pamela K. Chen's Individual Practices and Rules, we hereby serve upon you the following documents:

1. The Served Defendants' Notice of Motion to Dismiss the Amended Complaint in the Gorfinkel Action;

2. The Declaration of Robert Kenney in support of the Served Defendants' Motion to Dismiss the Gorfinkel Action;

3. The Declaration of Alina Orban in support of the Served Defendants' Motion to Dismiss the Gorfinkel Action;

4. The Declaration of Alex Vaintrub in support of the Served Defendants' motion to dismiss the Gorfinkel Action; and

5. The Served Defendants' Memorandum of Law in support of their Motion to Dismiss the Gorfinkel Action.

Very truly yours,

Robert Kenney

Enclosures

{60034/002/01329638:1-RJK}

HOFHEIMER GARTLIR & GROSS, LLP

cc:    Honorable Pamela K. Chen (*via* ECF, w/o Enclosures)
       William Rapp (*via* Email w/Enclosures)
       Robert Greenberg (*via* Email w/Enclosures)
       Gregory Koerner (*via* Email w/Enclosures)
       P. Betty Tufariello (*via* Email w/Enclosures)