## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August 2013, I caused a true and correct copy of the foregoing *Letter to Arthur Morrison* dated August 1, 2013, to be served via the Court's electronic case filing system upon all parties who have entered an appearance and via email as set forth below.

Copies of the documents referenced in the aforementioned letter: (i) The Served Defendants' Notice of Motion to Dismiss the Amended Complaint in the Gorfinkel Action; (ii) The Declaration of Robert Kenney in support of the Served Defendants' Motion to Dismiss the Gorfinkel Action; (iii) The Declaration of Alina Orban in support of the Served Defendants' Motion to Dismiss the Gorfinkel Action; (iv) The Declaration of Alex Vaintrub in support of the Served Defendants' motion to dismiss the Gorfinkel Action; and (v) The Served Defendants' Memorandum of Law in support of their Motion to Dismiss the Gorfinkel Action, were served together with a copy of that letter upon the parties set forth below via email.

A courtesy hard copy of the foregoing was also served on Mr. Morrison via first class mail by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
August 1, 2013

/s/Nicholas B. Malito
Nicholas B. Malito


To:     Arthur Morrison
11 Skyline Drive
Hawthorne, New York  10532
akatz@xand.com
amorrison@xand.com
lawnyu63@gmail.com

William V. Rapp
85 River Road
Scarborough, New York  10510
william.v.rapp@njit.edu
rappw@njit.edu
william.rapp@law.nyu.edu
wvr201@nyu.edu

Robert Greenberg
Robert Greenberg, P.C.
228 Park Avenue South

New York, New York  10003
rgreenberg@robertlgreenberg.com

Gregory Koerner
Koerner Law Firm
111 John Street, Suite 230
New York, New York  10038
gkoerner@koerner-associates.com
gokoerner@gmail.com