**EXHIBIT "A"**

**Subject:** Fwd: Subpoena to the Research Foundation (return date 9/30)
**From:** arthur morrison <lawnyu63@gmail.com>
**Date:** Mon, 30 Sep 2013 14:13:32 -0400
**To:** usa0980@fedex.com


---------- Forwarded message ----------
From: **Greg Koerner** <gokoerner@gmail.com>
Date: Fri, Sep 27, 2013 at 7:33 PM
Subject: Re: Subpoena to the Research Foundation (return date 9/30)
To: Peter Bernstein <pibernstein@ssmp.com>
Cc: Adam DeRosa <ADeRosa@ssmp.com>, Arthur Morrison <lawnyu63@gmail.com>, Q <krice@koerner-associates.com>


That should be fine - thank you Peter. I just left you voicemail as week

Sent from my iPhone

On Sep 27, 2013, at 12:28 PM, "Peter Bernstein" <pibernstein@ssmp.com> wrote:

> Greg:
>
> The RF is working to locate and produce documents responsive to your subpoena. However, Monday 9/30 is both unrealistic and unduly burdensome. The RF is endeavoring to provide the requested documents and seeks additional time through October 15.
>
> Regards,
> Peter
>
> Peter I. Bernstein
> Scully, Scott, Murphy & Presser
> 400 Garden City Plaza
> Garden City, New York 11530
> (516) 742-4343 (telephone)
> (516) 742-4366 (facsimile)
> PIBernstein@ssmp.com
>
> THIS ELECTRONIC MESSAGE AND ATTACHMENTS, IF ANY, ARE INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY NAMED ABOVE (OR THOSE PROPERLY ENTITLED TO ACCESS THE INFORMATION) AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL,

ATTORNEY-WORK PRODUCT OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED OR AN AUTHORIZED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY UNAUTHORIZED DISTRIBUTION, DISSEMINATION, OR COPYING OF THIS TRANSMISSION, IS PROHIBITED.

IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT THE SENDER IMMEDIATELY AND DELETE AND DESTROY ALL COPIES OF THIS TRANSMISSION.