

# INTELLECTULAW
## LAW OFFICES OF P.B. TUFARIELLO, P.C.
### ATTORNEYS AT LAW

**P. BETTY TUFARIELLO**
betty@intellectulaw.com
24yellow@optonline.net
info@intellectulaw.com

25 LITTLE HARBOR ROAD • MT. SINAI, NEW YORK 11766
TELEPHONE 631-476-8734 • FAX 631-476-8737

SPECIALIZING IN
PATENTS, TRADEMARKS,
COPYRIGHTS, AND ALL
MATTERS RELATED
THERETO

October 20, 2013

**VIA ECF**

Honorable Pamela K. Chen
District Court Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   GORBOVITSKY v. VAYNTRUB et al.
           Case No.: 13-CV-03093 (PKC) (AKT)
           Our File No.: 7375-G

Your Honor:

    We represent the Defendants INVAR CONSULTING LTD., GENOMETRICA LTD. and GENOMETRICA RESEARCH, INC. (hereinafter "Defendants.") in the matter referenced herein above. For the emergency reasons set forth below, we are writing to respectfully request that the Court extend Defendants' deadlines in the matter referenced herein above.

    It is with great regret and sadness that I inform the Court that my father Christos Angelis, passed away yesterday, October 19, 2013. My father was residing in Amarynthos, Euboia, Greece, As a result, I need to travel overseas to be there for his funeral and my mother. My itinerary is annexed hereto for the Court's reference. I am leaving today, October 20, 2013.

    Accordingly, it is necessary that I briefly suspend my professional duties. As the Court can see from the itinerary, my hope is to return to the United States on October 29, 2013, but depending on the situation that I will have to contend with and the developments that might occur once I arrive in Greece, my itinerary may just have to change. My parents have been living in Greece since 1985 and there may be legal issues that need my attention before I get back necessitating my stay in Greece past October 29, 2013. For these reasons, I am left with no other choice but to request a continuation of the deadlines in this matter by at least two weeks.

INTELLECTULAW
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.

Hon. A. Kathleen Tomlinson
U.S.M.J. - E.D.N.Y.
October 20, 2013
Page 2

While the Defendants are currently also represented by both Hoffheimer, Guttler and Gross, and Blank Rome, Intellectulaw's presence is critical in the matter since Defendants' litigation involves the participation of all three counsel as opposed to one, to the exclusion of the others.

We truly regret that it has become necessary to invoke the Court's intervention in this matter. Nonetheless, we respectfully request for the Court's indulgence and Order adjourning the parties' deadlines as follows:

1. Defendants reply in further support of the motion on or about November 13, 2013;
2. Status Conference on or about November 20, 2013.

Your Honor's patience and understanding are greatly appreciated.

Respectfully submitted,

Panagiota Betty Tufariello

PBT:ao

cc   Robert Kenney, Esq.
     Nicholas Malito, Esq.

INTELLECTULAW
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.

Hon. A. Kathleen Tomlinson
U.S.M.J. - E.D.N.Y.
October 20, 2013
Page 3

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing **October 20, 2013 LETTER TO HON. CHEN** has been filed via ECF, a notice of which will be sent by operation of the Court's electronic filing system to all parties, and has also been served to counsel for Plaintiff via Electronic Mail, addressed to:

Arthur Morrison, Esq.
11 Skyline Drive
Hawthorne, NY 10532
E-mail: akatz@xand.com

William V. Rapp, Esq.
85 River Road
Scarborough, NY 10510
E-mail: wrapp@law.pace.edu

Gregory Koerner, Esq.
Koerner Law Firm
111 John Street, Suite 230
New York, NY 10038
E-mail: gkoerner@koerner-associates.com

on October 20, 2013

_____
Panagiota Betty Tufariello, Esq.

## Alina Orban

**Subject:** FW: PANAGIOTA B NYC-KENNEDY 20OCT13

**From:** Delta Air Lines [mailto:DeltaAirLines@e.delta.com]
**Sent:** Saturday, October 19, 2013 2:07 PM
**To:** Betty Tufariello
**Subject:** PANAGIOTA B NYC-KENNEDY 20OCT13

Comment/Complaint ? | Add to Address Book ?

DELTA

delta.com My Trips Earn Miles

# YOUR ITINERARY AND RECEIPT

**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review before your trip:**

Check in for your flight up to 24 hours prior to departure at delta.com or with the Fly Delta app - also check flights, change seats, reserve car and hotels, and much more.

Make changes to eligible electronic tickets through My Trips at delta.com.

If you need to contact Delta for assistance please call 1-800-221-1212 or visit delta.com/help.

**Thanks for choosing Delta.**
Flight Confirmation #: **HYPVI5** | Ticket #: **00621755495270**

CHECK IN ONLINE >

## Your Flight Information

| | | | | |
|---|---|---|---|---|
| **Sun 20OCT** | | | | |
| LV **6:10pm** | NYC-KENNEDY | AR **7:45am** **Mon 21OCT | PARIS-DEGAULLE | **DELTA 184** ECONOMY (V) Dinner |
| **Mon 21OCT** | | | | |
| LV **9:50am** | PARIS-DEGAULLE | AR **2:05pm** | ATHENS | **DELTA 8683*** ECONOMY (V) Breakfast |
| **Tue 29OCT** | | | | |
| LV **8:10am** | ATHENS | AR **9:15am** | ROME-FIUMICINO | **DELTA 6676*** ECONOMY (K) |



| | | | | | |
|---|---|---|---|---|---|
| LV **2:45pm** | ROME-FIUMICINO | AR **7:35pm** | NYC-KENNEDY | **DELTA 6588**\* ECONOMY (K) Lunch | |
| \*\*Arrival date is different than departure date. \*Flight 8683 Operated by AIR FRANCE As AF Flt 1532 \*Flight 6676 Operated by NEW ALITALIA As AZ Flt 717 \*Flight 6588 Operated by NEW ALITALIA As AZ Flt 610 | | | | | |

ⓘ Our JFK flights now depart from T4 or T2, so please confirm your terminal and gate before arriving for your upcoming flight. As gate and terminal information are subject to change, it's best to check within 4 hours of your flight's departure via Online Check-in, Flight Status or the Fly Delta app.

## Your Flight Details      Manage Trip ›

| Passenger Details | Flights | Seats |
|---|---|---|
| **PANAGIOTA BETTY TUFARIELLO** ›Add SkyMiles # ›Join SkyMiles | DELTA 184 DELTA 8683 DELTA 6676 DELTA 6588 | 21F See delta.com See delta.com See delta.com |

\*\*\*Visit delta.com or use the Fly Delta app to view, select or change your seat

## Receipt Information

**Billing Details**

| | | |
|---|---|---|
| **Passenger:** PANAGIOTA BETTY TUFARIELLO | **Payment Method:** AX\*\*\*\*\*\*\*\*\*\*\*3008 | **Ticket Number:** 00621755495270 |
| **FARE:** | 786.00 USD | |
| **Taxes/Carrier-imposed Fees:** | 617.30 | |

| Ticket Amount: | 1403.30 USD |
|---|---|

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

## Details - Taxes/Carrier-imposed Fees

| Total: | 617.30 |
|---|---|
| Itemized: | 2.50 AY 5.00 XA 7.00 XY 5.50 YC 16.90 FR 9.30 QX 29.80 GR 20.50 WP 6.80 WQ 10.20 HB 25.70 IT 1.20 MJ 438.00 YR 4.50 XF 34.40 US |

## Fare Details

**NYC DL X/PAR DL ATH M229.50VKPR5US DL X/ROM DL NYC M556.50KKXB6OUS NUC786.00END ROE1.00 XF JFK4.5**

## Service Charges/Fees

**Service Charges/Fee#** 00607675452775

| Fees: | 25.00 USD |
|---|---|
| **Total:** | **25.00 USD** |

Non-Transferrable. Retain this receipt for your records. The amount above is the total of any nonrefundable service charges or fees paid in conjunction with issuance, exchange or refund of the following tickets/documents, including any direct ticket charge included in the fare you were quoted.

## Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| PANAGIOTA BETTY TUFARIELLO | 00621755495270 | ATLRES | 19OCT13 | 19OCT14 |

**Baggage Fees**

> Thank you for being a valued customer. The fees below are based on your original ticket purchase information. If you qualify for free or discounted checked baggage, this will be taken into account when you check in.

| Airline Rule Applied | Origin | Destination | Baggage | | | Tax | Total |
|---|---|---|---|---|---|---|---|
| **Sun 20 Oct 2013** | | | | | | | |
| DELTA | JFK | CDG | FREE [1] CARRY ON | FREE FIRST | $100 USD SECOND | $0.00 | $100.00 |
| DELTA | CDG | ATH | FREE [1] CARRY ON | FREE FIRST | FREE SECOND | $0.00 | $0.00 |
| | | | Visit delta.com for details on baggage embargos that may apply to your itinerary. | | | | $100.00 |
| **Tue 29 Oct 2013** | | | | | | | |
| DELTA | ATH | FCO | FREE [1] CARRY ON | FREE | $100 USD | $0.00 | $100.00 |

4

| | | | | FIRST | SECOND | | |
|---|---|---|---|---|---|---|---|
| DELTA | FCO | JFK | FREE [1]<br>CARRY ON | FREE<br><br>FIRST | FREE<br><br>SECOND | $0.00 | $0.00 |
| | | | | | | | $100.00 |

1:On Delta-operated flights, you may carry on one bag and a small personal item free of charge. Carry-on allowances may differ and fees may apply for flights operated by carriers other than Delta. Contact the operating carrier for detailed carry-on limitations and charges.

BusinessElite/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond the regular free allowance. Travelers to/from Key West, Florida are limited to one checked bag.

At the time of check in with Delta for Delta-marketed and Delta-operated flight(s) (including Delta connection), SkyMiles Medallion® members, SkyTeam Elite & Elite Plus, Alaska MVP & MVP Gold and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage.

At the time of check in with Delta for Delta-marketed and Delta-operated flight(s) (including Delta connection), Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. Waiver is only for normal bag fee, if any, for the first checked bag that is not overweight or oversize under Delta's applicable rules as set forth in Delta's contract of carriage. See delta.com/firstbagfree for more details.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contract the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

Questions regarding your upcoming flight? Please contact us at the following:
Delta 1-800-221-1212 | Air France 1-800-237-2747 | Alitalia 1-800-223-5730 | KLM 1-800-618-0104







**EARN MILES FOR THIS FLIGHT.** ›
Add your SkyMiles number to this itinerary at delta.com to ensure you don't miss out on your miles. Not a member? Join today.

**TRIP INSURANCE.** ›
Protect your trip against trip cancellations and interruptions with valuable insurance from Allianz Global Assistance.

**FOLLOW YOUR BAG.** ›
Track your bag just like you track a package on the Fly Delta app or at delta.com/trackbag.

**HILTON HHONORS.** ›
Earn up to 500 miles per stay or 1 mile per eligible dollar spent with Hilton HHonors.

**Terms & Conditions**

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service, including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

COPYRIGHT INFORMATION
This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email. Please do not respond to this message.

© 2013 Delta Air Lines, Inc. All rights reserved.