Robert Kenney
Nicholas B. Malito
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, New York 10036
Telephone: 212-818-9000
Facsimile: 212-869-4930
rkenney@hgg.com
nmalito@hgg.com

-and-

Panagiota Betty Tufariello
INTELLECTULAW
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.
25 Little Harbor Road
Mount Sinai, New York 11766
Telephone: 631-476-8734
Facsimile: 631-476-8737
betty@intellectulaw.com

*Counsel for Defendants Invar Consulting Ltd., Genometrica Ltd., and Genometrica Research, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

VERA GORFINKEL,

        Plaintiff,

-against-

RALF VAYNTRUB, INVAR CONSULTING LTD., GENOMETRICA LTD. and GENOMETRICA RESEARCH, INC.

        Defendants.

------------------------------------------------------------

Case No.: 13-cv-3093 (PKC) (AKT)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the accompanying Declaration of Robert Kenney, the accompanying Declaration of Alina Orban, and the accompanying Declaration of Aleksandr Vaintrub, and all prior papers and proceedings

had herein, Defendants INVAR CONSULTING LTD., GENOMETRICA LTD., and GENOMETRICA RESEARCH, INC. (collectively, the "Served Defendants")[1] will move this Court, before the Honorable Pamela K. Chen, at such time as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff VERA GORFINKEL'S amended complaint, and granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule so ordered by this court on July 2, 2013, opposition papers, if any, to the Served Defendants' motion to dismiss, shall be served on undersigned counsel on or before August 22, 2013.

Dated: New York, New York
August 1, 2013

    Respectfully submitted,

**HOFHEIMER GARTLIR & GROSS, LLP**

By: /s/Robert Kenney
Robert Kenney
Nicholas B. Malito
530 Fifth Avenue
New York, New York 10036
Telephone: (212) 818-9000
Facsimile: (212) 869-4930
Email: rkenney@hgg.com
      nmalito@hgg.com

-and-

Panagiota Betty Tufariello
INTELLECTULAW
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.
25 Little Harbor Road
Mount Sinai, New York 11766
Telephone: (631) 476-8734
Facsimile: (631) 476-8737
Email: betty@intellectulaw.com

---

[1] Defendant Ralf Vayntrub resides overseas and has not been served with any pleadings despite the fact that this action has been pending for almost one and a half years.

{60034/002/01322813:1-NBM} 2

To:	Arthur Morrison
11 Skyline Drive
Hawthorne, New York 10532
akatz@xand.com
amorrison@xand.com
lawnyu63@gmail.com

William V. Rapp
85 River Road
Scarborough, New York 10510
william.v.rapp@njit.edu
rappw@njit.edu
william.rapp@law.nyu.edu
wvr201@nyu.edu

Robert Greenberg
Robert Greenberg, P.C.
228 Park Avenue South
New York, New York 10003
rgreenberg@robertlgreenberg.com

Gregory Koerner
Koerner Law Firm
111 John Street, Suite 230
New York, New York 10038
gkoerner@koerner-associates.com
gokoerner@gmail.com