

*Phone:* (212) 885-5251
*Fax:* (917) 332-3796
*Email:* RKenney@BlankRome.com

November 14, 2013

**VIA ELECTRONIC FILING
AND HAND DELIVERY**

Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Gorfinkel v. Vayntrub, et al., Case No. 13-CV-3093 (PKC)(AKT)</u>

Honorable Judge Chen:

We represent Defendants Genometrica Research Inc., Invar Consulting Ltd., and Genometrica Ltd. (the "Served Defendants") in the above-referenced action. Ralf Vayntrub, a named Defendant, has not been served or otherwise joined to this action.

In accordance with paragraph 3.D of your Individual Practices and Rules, we hereby provide the Court with courtesy copies of the following documents that the Served Defendants filed via ECF yesterday:

1. Served Defendants' Notice of Motion to Dismiss the Amended Complaint;

2. The Declaration of Robert Kenney in support of the Served Defendants' Motion to Dismiss the Amended Complaint;

3. The Declaration of Alina Orban in support of the Served Defendants' Motion to Dismiss the Amended Complaint;

4. The Declaration of Aleksandr Vaintrub in support of the Served Defendants' Motion to Dismiss the Amended Complaint;

141864.00601/7296168v.2

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Boca Raton • Cincinnati • Houston • Los Angeles • New York • Philadelphia • Princeton • Shanghai • Washington • Wilmington



5. Served Defendants' Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint; and

6. Served Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss the Amended Complaint.

I have also enclosed Emails confirming that the EDNY ECF system received the above-listed documents.

Very truly yours,

Robert J. Kenney, Jr.

Enclosures

cc: Arthur Morrison (via ECF w/o Enclosures)
William Rapp (via ECF w/o Enclosures)
Gregory Koerner (via ECF w/o Enclosures)
P. Betty Tufariello (via ECF w/o Enclosures)
Nicholas Malito (via ECF w/o Enclsoures)
Douglas Gross (via ECF w/o Enclosures)