UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- :
                                                               :
VERA GORFINKEL,                                                : Case No.: 13-cv-3093 (PKC) (AKT)
                                                               :
                    Plaintiff,                                 :
                                                               :
        -against-                                              :
                                                               :
RALF VAYNTRUB, INVAR CONSULTING                                :
LTD., GENOMETRICA LTD. and                                     :
GENOMETRICA RESEARCH, INC.                                     :
                                                               :
                    Defendants.                                :
                                                               :
-------------------------------------------------------------- :

**DECLARATION OF ROBERT J. KENNEY, JR. IN SUPPORT
OF THE MEMORANDUM OF LAW IN COMPLIANCE WITH
<u>THIS COURT'S ORDER TO SHOW CAUSE DATED MARCH 24, 2014</u>**

I, ROBERT J. KENNEY, JR. hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner at Blank Rome LLP, co-counsel for Defendants INVAR CONSULTING LTD. ("Invar Consulting"), GENOMETRICA LTD. ("Genometrica Ltd."), and GENOMETRICA RESEARCH, INC. ("Genometrica Research") (collectively, the "Served Defendants").[1] I am fully familiar with the facts set forth herein and make this Declaration in response to this Court's Order to Show Cause Dated March 24, 2014.

2. Annexed hereto as Exhibit A is a copy of the Initial Complaint.

3. Annexed hereto as Exhibit B is a copy of the Amended Complaint.

4. Annexed hereto as Exhibit C is a copy of the Notice of Removal without exhibits.

5. Annexed hereto as Exhibit D is a copy of Plaintiff's Motion to Remand.

---

[1] Defendant Ralf Vayntrub ("Mr. Vayntrub") resides overseas and has not been served with any pleadings despite the fact that this action has been pending for almost one and a half years.

6.	Annexed hereto as Exhibit E is a copy of this Court's order dated July 2, 2013, denying Plaintiff's Motion to Remand.

7.	Annexed hereto as Exhibit F is a copy of this Court's order dated March 24, 2014.

**WHEREFORE**, the Served Defendants respectfully state that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

Dated:	New York, New York
	April 14, 2014

>	Respectfully submitted,
>
>	**BLANK ROME LLP**
>
>	By:	/s Robert Kenney
>		Robert Kenney
>		The Chrysler Building
>		405 Lexington Avenue
>		New York, New York  10174-0208
>		Telephone: (212) 885-5251
>		Facsimile: (917) 332-3796
>		Email: rkenney@blankrome.com