

*Phone:* *(212) 885-5251*
*Fax:* *(917) 332-3796*
*Email:* *RKenney@BlankRome.com*

April 15, 2014

**VIA ELECTRONIC FILING
AND HAND DELIVERY**

Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Gorfinkel v. Vayntrub, et al., Case No. 13-CV-3093 (PKC)(AKT)

Honorable Judge Chen:

We represent Defendants Genometrica Research Inc., Invar Consulting Ltd., and Genometrica Ltd. (the "Served Defendants") in the above-referenced action. Ralf Vayntrub, a named Defendant, has not been served or otherwise joined to this action.

Today we received the letter from Plaintiff's counsel requesting permission to file opposition papers to the brief that the Served Defendants filed last night regarding subject-matter jurisdiction in response to this Court's Order to Show Cause dated March 24, 2014. The Served Defendants have no objection to Plaintiff's request so long as the Served Defendants have the opportunity to file a reply to Plaintiff's opposition. We have spoken with Plaintiff's counsel and they do not object to the reply.

Very truly yours,

Robert J. Kenney, Jr.

cc: Arthur Morrison (via ECF)
William Rapp (via ECF)
Gregory Koerner (via ECF)
P. Betty Tufariello (via ECF)
Nicholas Malito (via ECF)
Douglas Gross (via ECF)

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Boca Raton  •  Cincinnati  •  Houston  •  Los Angeles  •  New York  •  Philadelphia  •  Princeton  •  Shanghai  •  Washington  •  Wilmington