

*Phone:* (212) 885-5251
*Fax:* (917) 332-3796
*Email:* RKenney@BlankRome.com

September 3, 2014

**VIA HAND DELIVERY**

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:   **Vera Gorfinkel v. Ralf Vayntrub, Invar Consulting Ltd., Genometrica Ltd. and Genometrica Research, Inc.
Case No.: 13-cv-3093 (PKC) (AKT)**

Dear Judge Chen:

      We, together with co-counsel P. Betty Tufariello of Intellectulaw, Law Offices of P.B. Tufariello, P.C. represent Defendant Genometrica Research Inc. ("Genometrica") in this action. In accordance with you Individual Practice Rule, ¶ III(A)(2), we served upon the Defendants' counsel *via* electronic filing the following:

      1.   Genometrica's Notice of Motion for Reconsideration; and

      2.   Genometrica's Memorandum of Law in Support of its Motion for Reconsideration.

      Respectfully submitted,

      Robert J. Kenney, Jr.

RJK



Honorable Pamela K. Chen
May 7, 2014
Page 2

cc *Via* ECF:  Nicole Hyland
       Anna Kadyshevich
       James Kennedy
       P. Betty Tufariello