UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X

VERA GORFINKEL,

                      Plaintiff,

            v.

RALF VAYNTRUB, INVAR CONSULTING LTD., GENOMETRICA LTD., and GENOMETRICA RESEARCH, INC.

                      Defendants.

------------------------------------- X

Case No: 13 Civ. 3093 (PKC) (AKT)

**NOTICE OF APPEAL**

      NOTICE IS HEREBY GIVEN that Vera Gorfinkel, Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on August 20, 2014 which, *inter alia*, dismissed all claims against Defendants Invar Consulting Ltd., Genometrica Ltd., and Ralf Vayntrub, dismissed the claim for declaratory judgment against Genometrica Research, Inc., and remanded the remaining state-law claims against Genometrica Research, Inc. to State court.

Dated: New York, New York
       September 17, 2014

                                  FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                  By: /s/ Nicole I. Hyland
                                       Nicole I. Hyland
                                       Anna Kadyshevich
                                       488 Madison Avenue, 10th Floor
                                       New York, New York 10022
                                       Phone  (212) 980-0120
                                       Fax:   (212) 593-9175

                                       *Attorneys for Plaintiff*