# Frankfurt Kurnit Klein + Selz

Nicole I. Hyland

488 Madison Avenue, New York, New York 10022

T (212) 826 5552  F (347) 438 2140

nhyland@fkks.com

September 17, 2014

VIA E-MAIL AND ECF

P. Betty Tufariello
Intellectulaw
The Law Offices of P.B. Tufariello, P.C
25 Little Harbor Road
Mount Sinai, NY 11766
(631) 476-8734
betty@intellectulaw.com

Robert J. Kenney Jr.
Blank Rome LLP
The Chrysler Building, 405 Lexington Ave.
New York, NY 10174
(212) 885-5251
rkenney@blankrome.com

RE: *Gorfinkel v. Vayntrub, et al.*, No. 13-cv-3093 (PKC) (AKT)

Dear Counsel:

We represent Plaintiff Vera Gorfinkel in the above-captioned action. Pursuant to Paragraph 3.D. of the Honorable Pamela K. Chen's Individual Practices and Rules ("Rules"), we enclose unredacted versions of the following documents:

1. Plaintiff's Memorandum of Law in Opposition to Genometrica Research Inc.'s Motion for Reconsideration of the Memorandum & Order on Defendants' Motion to Dismiss (the "Opposition");

2. The Declaration of Dr. Vera Gorfinkel in Support of the Opposition;

3. The Declaration of Anna Kadyshevich in Support of the Opposition, and accompanying exhibits;

September 17, 2014
Page **2** of **2**

    4.   The Declaration of Nicole I. Hyland in Support of the Opposition, and accompanying exhibits.

Tomorrow we will serve redacted versions to protect material included or referenced in our submission that has been designated "Attorneys' Eyes Only" by the Research Foundation of the State University of New York, pursuant to the Stipulated Entry of Confidentiality and Protective Order (Dkt. 34). Pursuant to Paragraph 3.D. of the Rules, once briefing on the motion for reconsideration is complete, we will file the unredacted version of these documents under seal and electronically file the redacted version of these documents via ECF.

                                                Very truly yours,

                                                Nicole I. Hyland

Enclosures

cc:   The Honorable Pamela K. Chen (via ECF) (w/out enclosures)
       Peter I. Bernstein, Esq. (via e-mail)
       Steven I. Wallach, Esq. (via e-mail)
       James W. Kennedy (via e-mail)